# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN J. LISLE, | ) | 3:10-CV-0064-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 22, 2011 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN        **REPORTER:** NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for reconsideration of the court's minutes dated May 26, 2011 (#43) is **DENIED**. The District Court dismissed Howard Skolnik with prejudice (#14); therefore, the motion for service as to Howard Skolnik was properly denied.

   **IT IS SO ORDERED.**

                                           LANCE S. WILSON, CLERK

                       By:            /s/
                                Deputy Clerk