UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN J. LISLE, | ) | 3:10-CV-0064-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 12, 2012 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On November 28, 2011, this court held a hearing concerning the defendants' motion to dismiss (#36). At that time, defendants made an oral motion to withdraw the motion to dismiss which was granted. *Id.* The court allowed defendants an extension of time to Thursday, December 29, 2011 to file a motion to dismiss. *Id.*

Defendants have failed to file a motion to dismiss pursuant to the court's order. Therefore, the defendants shall file an answer on or before **Friday, January 27, 2012**. Thereafter, the court will issue a scheduling order and set a case management conference.

Plaintiff's motions for proper procedure and for an extension of time (#s 66 & 67) are **DENIED as moot.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
        Deputy Clerk