## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN LISLE, | ) | 3:10-CV-0064-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 3, 2012 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file exhibits under seal in support of defendants' motion for summary judgment (#96). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file exhibits under seal in support of defendants' motion for summary judgment (#96) is **GRANTED**. The exhibits (#97) are filed and shall remain under seal. A copy of the exhibits has been sent to Ely State Prison and plaintiff may make an appointment to review the exhibits by sending a kite to the Warden's Office (#96).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
           Deputy Clerk