UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LISLE, | 3:10-CV-0064-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 2, 2012 |
| E.K. McDANIEL, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ___LISA MANN___     REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for proper procedure (#72). Defendants' moved to strike the motion (#79), and plaintiff responded that he had no objection to defendants' motion to strike (#84). Therefore,

Defendants' motion to strike (#79) plaintiff's motion for proper procedure is **GRANTED**. Plaintiff's motion for proper procedure (#72) is hereby **STRICKEN.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk