UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| KEVIN J. LISLE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00064-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| E.K. MCDANIEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#136[1]) entered on June 11, 2013, recommending granting Defendants' Supplementary Motion for Summary Judgment (#127) filed on January 4, 2013. Plaintiff filed his Objection to Magistrate Report and Recommendation (#137) on June 26, 2013, and Defendants filed their Opposition to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation Granting Summary Judgment in Favor of Defendants (#138) on July 8, 2013.  This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other

---

[1]Refers to court's docket number.

1  relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court
2  determines that the Magistrate Judge's Report and Recommendation (#136) entered on June 11, 2013,
3  should be adopted and accepted.
4      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
5  (#136) entered on June 11, 2013, is adopted and accepted, and Defendants' Supplementary Motion for
6  Summary Judgment (#127) is GRANTED.
7      IT IS SO ORDERED.
8      DATED this 13th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2