UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEVIN J. LISLE,           ) | |
|                           ) | |
|       Plaintiff,    ) | 3:10-cv-00064-LRH-VPC |
|                           ) | |
| v.                        ) | |
|                           ) | O R D E R |
| E.K. MCDANIEL, *et al.*,  ) | |
|                           ) | |
|       Defendants.   ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#139[1]) entered on July 9, 2013, recommending denying Plaintiff's Motion for Preliminary Injunction (#132) filed on January 30, 2013. No objections to the Report and Recommendation have been filed. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#139) entered on July 9, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#139) entered on July 9, 2013, is adopted and accepted, and Plaintiff's Motion for Preliminary Injunction (#132) is DENIED.

IT IS SO ORDERED.

DATED this 13th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2